UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
DERICKA MCFARLANE,                                  :
                                                    :
              Plaintiff,                       :
v.                                                  :    **ORDER**
                                                    :
FDI RESTAURANT GROUP LLC d/b/a                      :    24-CV-05443 (PMH)
FOURTEEN RAILROD, et al.,                           :
                                                    :
              Defendants.
-----------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On July 18, 2024, plaintiff commenced the instant action against defendants FDI Restaurant Group LLC d/b/a Fourteen Railroad ("FDI"), Next to Fourteen LLC d/b/a Next to Fourteen ("Next to Fourteen"), Dana Green, Lisa Georges, and Damien Georges (collectively, "Defendants"). (Docs. 1, 7). On July 23 and 24, 2024, the Clerk of Court issued summonses as to FDI, Next to Fourteen, Dana Green, Lisa Georges, and Damien Georges. (Docs. 12, 13, 14, 16). On October 7, 2024, the Court so-ordered a stipulation dismissing Plaintiff's claims against Lisa Georges. (Doc. 18). The stipulation is signed by counsel on behalf of Defendants but there is no indication on the docket that Defendants have been served, and Defendants have not appeared in this case.

Accordingly, Plaintiff is directed to comply with Federal Rule of Civil Procedure 4(l) and file proof of service of the summons and complaint on Defendants, as well as a letter advising of the status of this action, by October 23, 2024.

SO ORDERED:

Dated: White Plains, New York
       October 16, 2024

                                                                          _____
                                                                           Philip M. Halpern
                                                                            United States District Judge